UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE DANIEL HULLIHEN,

        Petitioner,                     Case No. 1:16-cv-1051

v.                                        Honorable Paul L. Maloney

PAUL KLEE,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  September 15, 2016           /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge